# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

RODNEY DONTA JACKSON,

        Petitioner,

v.

KRIS RISH, Warden, and MINNESOTA CORRECTIONAL FACILITY–MOOSE LAKE,

        Respondents.

Case No. 25-CV-3246 (NEB/JFD)

ORDER ACCEPTING REPORT AND RECOMMENDATION

*Pro se* petitioner Rodney Donta Jackson was convicted in state court of second-degree murder. Jackson filed a petition for writ of habeas corpus that challenges the constitutionality of his state court proceedings and incarceration. United States Magistrate Judge John F. Docherty recommends dismissing the action. (ECF No. 25.)

Jackson objects on five grounds. (ECF No. 26.) The Court reviews the objected-to portions of the Report and Recommendation de novo. 28 U.S.C. § 636(b)(1).

*First*, Jackson asserts that Judge Docherty, as a magistrate judge, had no authority over this matter. Not so; the undersigned properly referred the matter to Judge Docherty, as authorized by statute. 28 U.S.C.§ 636(b)(1)(B).

*Second*, Jackson claims that he was not informed of procedures governing consent to a magistrate judge's jurisdiction. Again, this matter was referred to Judge Docherty as permitted by statute, so Jackson's consent was not required.

*Third*, Jackson lodges a general objection to Judge Docherty's recommendations. This general objection is insufficient to warrant de novo review. *Montgomery v. Compass Airlines, LLC*, 98 F. Supp. 3d 1012, 1017 (D. Minn. 2015). But even on de novo review, the Court agrees with Judge Docherty's thorough analysis.

*Fourth*, Jackson asserts that Defendants' responses to Jackson's motion for default was untimely. As Judge Docherty concluded, the responses were not untimely, and even if they were, default judgment would be a disproportionate remedy. (ECF No. 25 at 17.)

*Finally*, Jackson requests a certificate of appealability without explaining his request. For a certificate of appealability to issue, Jackson must show that "that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). The Court concludes that Jackson has not met this standard, so the Court will not issue a certificate of appealability.

Having rejected Jackson's objections, the Court accepts Judge Docherty's Report and Recommendation.

## CONCLUSION

Based on the foregoing and on all the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

1.    The Report and Recommendation (ECF No. 25) is ACCEPTED;

2.    Petitioner Rodney D. Jackson's Petition for Writ of Habeas Corpus (ECF No. 1) is DENIED;

2

3.      Petitioner's Motions for Default Judgment (ECF Nos. 15, 20) are DENIED;

4.      This action is DISMISSED; and

5.      No certificate of appealability shall be issued.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 28, 2026                                          BY THE COURT:

                                                             s/Nancy E. Brasel
                                                             Nancy E. Brasel
                                                             United States District Judge